UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| P. STEPHEN LAMONT,<br><br>    Plaintiff,<br><br>  vs.<br><br>NOREEN T ROTHMAN, et al.,<br><br>    Defendants. | Case No: C 18-02997 SBA<br><br>**JUDGMENT** |

    In accordance with and pursuant to the Court's Order Accepting Magistrate Judge's Report and Recommendation and Dismissing Action, Dkt. 19, IT IS HEREBY ORDERED that FINAL JUDGMENT is entered in favor of Defendants.

    IT IS SO ORDERED.

Dated: 9/17/18

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge